1004

[No. 72854-7-I. Division One. March 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SANGTACHAN FONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05997-3, Laura Gene Middaugh, J., entered December 9, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Becker, J.

[No. 73105-0-I. Division One. March 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD ANTHONY PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00084-1, Joseph P. Wilson, J., entered February 3, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 73272-2-I. Division One. March 21, 2016.]

*In the Matter of the Personal Restraint of* BRANDON JOSEPH GERNER, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 73429-6-I. Division One. March 21, 2016.]

*In the Matter of the Detention of* A.A.

Appeal from a judgment of the Superior Court for King County, No. 15-6-00991-0, Ken Schubert, J., entered April 9, 2015. *Reversed* and *remanded* by unpublished per curiam opinion.